IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**      CASE NO. 18-cr-10001-JDB

**TONY DOUGLAS**
    **Defendant.**

## NOTICE OF ENTRY OF APPEARANCE

    Please take notice that the below signed counsel enters this appearance as counsel of record on behalf of the above styled defendant in this cause.

    s/Ruchee J. Patel
    Ruchee J. Patel (TN#26521)
    PO Box 3453
    Memphis, TN 38173
    (901) 213-6529

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and exact copy of the foregoing has been served via electronic filing to the following:

Ms. Beth Boswell
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301

    This the 9th day of February, 2018.

    s/Ruchee J. Patel
    Ruchee J. Patel