RECEIVED BY
OCT 11 2018
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

IN THE United States
District of Tennessee
Eastern Division

United States V Tony Douglas Cr. No. 18-cr-10001

## Motion To Resolve Conflict or Appoint New Counsel

Defendant Comes Now Pro Se to make known to this honorable Court that a serious conflict exist between Ruchee Patel and Defendant. on Multiple occasions Both by telephone and in Person Mrs. Patel has refused to discuss Defensive strategy or evidence to assist defendant for over 7 calendar months, Counsel has refused to visit me when she said she was for the Past 7 months despite multiple Attemps to contact Mrs. Patel via telephone Mrs. Patel has requested the defendant change his plea so she may finish his case. Tony Douglas has explained that he is not Guilty and he does not wish to change his Plea. his Counsel has stated that she "does not care about his wish's, she does not want to continue to trial" she has refused to argue defendant's innocence and the validity of evidence the D.A. does not have

Defendant humbly request that this honorable Court apoint New Counsel or order current counsel to start Communicating and adhering to her Client's Wish's