IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      No. 1:18-cr-10001-JDB-2

TONY DOUGLAS,

    Defendant.

ORDER DIRECTING CLERK TO OPEN CASE AND FILE DOCUMENT

The Defendant, Tony Douglas, has filed a letter complaining that the Federal Bureau of Prisons has failed to apply "First Step Act Time Credits" to his sentence.  (Docket Entry ("D.E.") 279.)  The motion is in the nature of a petition pursuant to 28 U.S.C. § 2241.  *See Martin v. LeMaster*, No. 21-6247, 2022 WL 18145207, at *1 (6th Cir. Oct. 19, 2022); *McCoy v. Stephens*, No. 2:12-CV-02975-STA, 2014 WL 4809946, at *2 (W.D. Tenn. Sept. 26, 2014).

The Clerk of Court is therefore DIRECTED to open a new case in which the document at D.E. 279 in the present case is filed as a case-initiating § 2241 petition.

IT IS SO ORDERED this 9th day of June 2023.

                         s/ J. DANIEL BREEN
                         UNITED STATES DISTRICT JUDGE